No. 99–7436. RENUSCH *v.* MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 99–7437. JOSEPH *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–7438. NELSON *v.* WALKER, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 99–7440. JONES *v.* CALIFORNIA ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 99–7441. LOFLEY *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–7444. PLUMMER *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 99–7445. FINK *v.* TERHUNE, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–7447. HULLUM *v.* MALONEY, COMMISSIONER, MASSACHUSETTS DEPARTMENT OF CORRECTION, ET AL. C. A. 1st Cir. Certiorari denied.

No. 99–7450. FISHER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–7455. COSTLEY *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 99–7457. COLEN *v.* GLOBAL INVESTMENTS, LLC. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 99–7458. BREAKIRON *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 99–7462. LETT *v.* ANTWINE ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–7463. LUEDTKE *v.* BERTRAND, WARDEN. C. A. 7th Cir. Certiorari denied.